# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LOPEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKPOT PROMOTIONS, LLC, DAVID PETTY; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:16-cv-00265-MCE-KJN<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE 26(F) DISCOVERY PLAN** |

Pursuant to Plaintiff's Request (ECF No. 10) and good cause appearing, IT IS HEREBY ORDERED that the filing deadline for the Joint 26(f) Discovery Plan will be extended 60 days from June 25, 2016 to August 24, 2016.

IT IS SO ORDERED.

Dated: June 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE