Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVONNE LOPEZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**JACKPOT PROMOTIONS, LLC**, et al**.,**<br><br>Defendant. | Case No. 2:16-cv-00265-MCE-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 11th day of August, 2016.

By:  s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 11th day of August, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 11th day of August, 2016, via the ECF system to:

Honorable Morrison C. England, Jr.
United States District Court
Eastern District of California

And mailed to:

Jackpot Promotions LLC
c/o Mountain Business Center, LLC
690 S. Hwy 89, Ste 200
Jackson, WY 83001


This 11th day of August, 2016.
By: s/Todd M. Friedman
       Todd M. Friedman